# LAW OFFICE OF ANTHONY GIORDANO
Counselor at Law

| | |
|---|---|
| 23 Spring Street, Suite 204A | Tel  (914) 923.7746 |
| Ossining, New York  10562 | Fax  (914) 923.7748 |

Giordanolaw@optonline.net
www.westchestercountynylaw.com

August  25. 2023

Hon. Philip M. Halpern
U.S. District Court Judge
300 Quarropas Street
White Plains, NY 10601

Re:  Michael Daley and Susanne Daley (23-cv-00032)

Hon. Sir,

I write this letter-motion, with the consent of my adversary, Annemarie Jones, Esq., to request that the court sign the attached subpoenas so as to expedite disclosure in this matter.  Each subpoena has either a HPPA authorization or a business record authorization attached to it.  Each authorization has been redacted to conceal personal information, but when served upon each entity, the unredacted version will be provided

Thank you for courtesy.

Sincerely,

*Anthony M. Giordano*
Anthony M. Giordano, Esq.

CC: Annemarie Jones, Esq. by e-filing

---

> Application denied without prejudice. Fed. R. Civ. P. 45 calls for the signature of an attorney who is admitted to practice in the issuing Court and does not require the Court's signature on a subpoena.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            August 28, 2023