

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

> Application granted in part. The time to file the revised Rule 56.1 Statement with responses is extended to August 16, 2024. The request for an enlargement of the page limits is denied.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 7, 2024

**Via ECF**

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

        Re:    *Michael Daley and Susanne Daley v. P.O Jonathan Gomez, et al*
              Docket No.   :   7:23-cv-00032
              File No.      :   210153

Dear Judge Halpern,

      We represent Defendants in the above-referenced matter. We respectfully request with Plaintiff's consent, a one-week extension of time from August 9, 2024, to August 16, 2024, to file the joint 56.1 Statement of Undisputed Material Facts. This extension is necessary because I was stranded abroad due to Hurricane Debbie. JetBlue cancelled my return flight and could not rebook me for five days. This is our first request for an extension to submit the joint 56.1 Statement.

      Additionally, the parties, jointly, request a three-page extension from 25 pages to 28 pages. We thank the Court for its time and consideration.

                                                                   Respectfully submitted,

                                                                   SOKOLOFF STERN LLP

                                                                   Annemarie S. Jones, Esq.