UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DALEY and SUSANNE DALEY,

            Plaintiff,

v.

P.O. JONATHAN GOMEZ, P.O. RONNIE CHARLES, P.O. REGGIE ANDERSON, P.O. ANDREW COLE- HATCHARD,

            Defendant.

Docket. No. 23-cv-00032 (PMH)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE AGAINST DEFFENDANTS RONNIE CHARLES AND REGGIE ANDERSON**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiffs and defendants, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, all claims asserted in this matter are hereby discontinued with prejudice, against defendants Detective Sergeant Ronnie Charles i/s/h/a P.O Ronnie Charles and Detective Reggie Anderson i/s/h/a P.O Anderson only, and without costs or attorney's fees to either party as against the other.

This stipulation may be filed without further notice with the clerk of the Court.

Dated: Carle Place, NY
November 20, 2024

GIORDANO LAW FIRM

By: _____
Anthony M. Giordano
*Attorney for Plaintiffs*
23 Spring Street, Suite 204A
Ossining, NY 10562
(914) 923-7746

SOKOLOFF STERN LLP

By: _____
Annemarie Jones
*Attorneys for Defendants*
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500
File No. 210153

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 25, 2024

2