UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
MICHAEL DALEY, et al.,

                Plaintiffs,                23 **CIVIL** 0032 (PMH)

   -against-                               **JUDGMENT**

P.O JONATHAN GOMEZ, et al..

                Defendants.
--------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 24, 2025, Defendants' motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      June 25, 2025

                                                           **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                              **BY:**

                                                             **Deputy Clerk**